# CHAPTER 13 NARRATIVE STATEMENT OF PLAN

**RE:    Mihails Tihonciks**

**PAYMENT TO THE TRUSTEE:**

THE DEBTOR PROPOSES TO PAY **$922.00** PER MONTH TO THE TRUSTEE.

Name of Employer: **ABC Financial Services, Inc.**
Address         : **8320 Highway 107**
Address         : **Sherwood, AR 72120**

Debtor is paid **Bi-Monthly.**

**PLAN LENGTH:**

The debtor(s) plan length is **60** months.

The debtor(s) propose to pay all disposable income, if any, into the plan for the benefit of unsecured creditors for no less than the applicable commitment period (unless unsecured are being paid 100%). The plan length shall not exceed 60 months.

**ADMINISTRATIVE COSTS:**

1) Trustee's Fees & Expenses.
2) ATTORNEY FEE to be paid through the plan. **     $3,500.00**
   ATTORNEY FEE paid by debtor prior to filing.    **$1.00**
3) DEBTOR'S ATTORNEY'S COSTS.    **$ 0.00**
   COSTS PAID BY DEBTOR PRIOR TO FILING    $ 00.00
4) Attorney's fee to be paid by trustee    **$3,499.00**

***Attorney Fee shall be paid as follows:
   a. $1,000.00 from funds paid in by the debtor, after administrative costs have been paid;
   b. the remaining fee balance shall be paid at the minimum rate of 25% of the total disbursed to creditors each month thereafter until paid in full;  and
   c. no claims, other than administrative and secured, shall receive disbursement before pre or post petition attorney fees are paid in full.

**SECURED DEBTS:**                                                                 **As Follows:**

**A)(i)    Secured Debts Not Extending Beyond Plan Length, Section 506 Valuation Applies: NONE**

**A)(ii)   PMSI Secured Claims Not Extending Beyond Plan, Section 506 Valuation Not Apply: NONE**

**B)** **SECURED DEBTS EXTENDING BEYOND PLAN LENGTH.** NONE

**C)** **PROPERTY TO BE SURRENDERED TO SECURED CREDITOR.** As Follows:

| CREDITOR | COLLATERAL |
|---|---|
| Aurora Loan Services | House on Lot |
| Aurora Loan Services | 2nd Mortgage |

**D)** **SECURED DEBTS TO BE PAID BY THE DEBTOR DIRECTLY.** NONE

**TAX DEBTS:** NONE

**UNSECURED PRIORITY DEBTS:** Shall be payable at 100%

**CHILD SUPPORT:** NONE

**SPECIAL NONPRIORITY UNSECURED:** NONE

**NONPRIORITY UNSECURED:** Shall receive a pro rata dividend from funds remaining after full payment of administrative, pre or post petition attorney fees, secured, priority, child support, and special non-priority unsecured claims.

**OTHER:** All creditors not specifically treated or indicated in debtor(s)' plan herein shall be treated as General Non-Priority Unsecured.

**OTHER NON-DISCHARGEABLE NON-PRIORITY UNSECURED**: NONE

**EXECUTORY CONTRACT:** NONE

Other provisions of the plan which are not inconsistent with Title 11 of the U.S.C., pursuant to 11 U.S.C. 1322(b)(11), are as follows:

The property of the estate shall continue to be property of the estate until such time as a discharge is granted or the case is dismissed. The Debtor shall remain in possession of all property of the estate.

Any debt determined to be priority debt, not otherwise treated in this Plan or a Modification thereto, shall be paid in full within the life of the plan in accord with 1322(a)(2).

*E-Save:   (document number).b.NAR*