GO11-10(b)) / RM    /195

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Mihails Tihonciks                     CASE NO:   4:11-bk-10239 E
                                               Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 04/29/2011 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 04/29/2011.

IT IS SO ORDERED.


Date: 11/17/2011                                /s/  Audrey R. Evans
                                                Audrey R. Evans
                                                U.S. Bankruptcy Judge


cc:  Mark T. McCarty, Trustee

   G. Gregory Niblock
   Niblock & Bueker
   615 S Main
   Stuttgart, AR  72160

   Mihails Tihonciks
   10 Stonebridge Circle Apt 1025
   Little Rock, AR  72223

   All Creditors